

UNITED STATES DISTRICT COURT
FILED
APR 7 2000
EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IT IS ORDERED that counsel for plaintiff in the following cases are ordered to show cause on Wednesday, April 26, 2000 at 10:00 a.m. before Judge Charles Schwartz, Jr. why they should not be dismissed for failure to prosecute:

99-3249   RICHARD F. DICKINSON vs. JACOB KANSAS

99-3902   U.S.A. vs. JOHN D. DELANEY

00-24     BILLY J. BOUDREAUX vs. AMERICON

00-222    CHRISTINE HARVEY vs. JOHNSON CONTROLS WORLD

00-248    CARGILL RUBBER vs. M/V ROBERT E LEE

00-749    THOMAS KNOWER vs. HANOVER AMERICAN INS. CO.

New Orleans, Louisiana, this 7th day of April, 2000.

LORETTA G. WHYTE, CLERK

**PLEASE DIRECT ALL INQUIRIES TO CESYLE NELSON, 589-7680**

DATE OF ENTRY  APR 7 2000