UNITED STATES DISTRICT COURT
FILED
APR 27 2000
EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following cases were set this date to show cause why they should not be dismissed for failure to prosecute. IT IS ORDERED that said cases be disposed of as indicated below:

99-3249   RICHARD F. DICKINSON vs. JACOB KANSAS
          No appearance by counsel
          ORDERED: Dismissed for failure to prosecute

00-222    CHRISTINE HARVEY vs. JOHNSON CONTROLS WORLD
          Case not called, continued to be reset

00-248    CARGILL RUBBER vs. M/V ROBERT E LEE
          No appearance by counsel
          ORDERED: Dismissed as to defendant International Shipholding Corp.

New Orleans, Louisiana, this 26th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

APR 27 2000