UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARGILL RUBBER

VERSUS                                        CIVIL ACTION

                                              NO. 00-248

M/V ROBERT E. LEE   ET AL                     SECTION "A"

ORDER OF DISMISSAL

This matter was brought before the Court on a call of the docket, after due notice to attorneys of record to show cause why no action had been taken against defendant International Shipholding Corp., and no good cause being shown the Court ordered plaintiff's claims against that defendant dismissed; wherefore,

IT IS ORDERED that the plaintiff's claims against defendant International Shipholding Corp. is dismissed for failure to prosecute.

New Orleans, Louisiana, this ___27th___ day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

MAY - 1 2000