FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 16 PM 12: 05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL RUBBER | CIVIL ACTION |
| VERSUS | NO. 00-0248 |
| M/V ROBERT E. LEE, ET AL. | SECTION "A" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

   COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE

   BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE

   NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this <u>16TH</u> day of <u>NOVEMBER</u>, 2000.

*Charles Schwartz, Jr.*
UNITED STATES DISTRICT JUDGE

cc: ALL COUNSEL OF RECORD

DATE OF ENTRY
NOV 1 7 2000

Doc.No. 11