


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 21  AM 9: 59

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL RUBBER, a Department of<br>CARGILL INCORPORATED | CIVIL ACTION<br><br>NO. 00-0248 |
| VERSUS | SECTION "A" (1) |
| M/V ROBERT E. LEE and M/V ATLANTIC<br>FOREST, her engines, tackle, apparel, etc.,<br>*in rem*, LMS Shipmanagement, Inc., Waterman<br>Steamship Corporation and International<br>Shipholding Corporation | JUDGE CHARLES SCHWARTZ, JR.<br><br>MAG. JUDGE SALLY SHUSHAN |

### MOTION and ORDER TO DISMISS WITH PREJUDICE

NOW COMES, plaintiff Cargill Rubber, who respectfully moves the Court to dismiss with prejudice its Complaint against Defendants on the grounds that all claims asserted by plaintiff against all defendants have been resolved by settlement and compromise and that the settlement funds have been exchanged and releases executed by the parties.

DATE OF ENTRY
NOV 2 8 2000

Respectfully submitted,

*/s/ William K. Terrill II*  
**WILLIAM K. TERRILL II, (#25897)**  
O'Neil, Galvin & Terrill, L.L.C.  
2250 Energy Centre  
1100 Poydras Street  
New Orleans, Louisiana 70163  
Telephone: 504/525-3200  
Attorneys for Cargill Rubber,  
A Department of Cargill Incorporated

*/s/ Ruth Schuster*  
**ROBERT T. LEMON II (#08312)**  
**RUTH B. SCHUSTER (#26506)**  
Jones, Walker, Waechter, Poitevent, Carrère  
 & Denègre, L. L. P.  
201 St. Charles Avenue, 48th Floor  
New Orleans, Louisiana 70170-5100  
Telephone: 504/582-8000  
Attorneys for LMS Shipmanagement, Inc.  
and Waterman Steamship Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL RUBBER, a Department of<br>CARGILL INCORPORATED | CIVIL ACTION<br><br>NO. 00-0248 |
| VERSUS | SECTION "A" (1) |
| M/V ROBERT E. LEE and M/V ATLANTIC<br>FOREST, her engines, tackle, apparel, etc.,<br>*in rem*, LMS Shipmanagement, Inc., Waterman<br>Steamship Corporation and International<br>Shipholding Corporation | JUDGE CHARLES SCHWARTZ, JR.<br><br>MAG. JUDGE SALLY SHUSHAN |

## ORDER

On consideration of the foregoing Motion to Dismiss with prejudice, the parties have amicably resolved their differences by settlement and compromise,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Complaint of the plaintiff Cargill Rubber, a Department of Cargill Incorporated, against all defendants are hereby **DISMISSED**, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 20th day of November, 2000.

_____
**UNITED STATES DISTRICT JUDGE**

N0590956 1